UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------ x
ACORN (THE NEW YORK ASSOCIATION OF             :
COMMUNITY ORGANIZATIONS FOR REFORM NOW),       :
NEW YORK ACORN HOUSING COMPANY, INC., VIC      :
DEVITA, VERNON GHULLKIE, LISBETT HUNTER AND    :
FRANCINE MCCRAY,                               :
                                               :
                        Plaintiffs,            :
                                               :   Case No. 05-CV-2301 (JFB) (WDW)
            v.                                 :
                                               :
COUNTY OF NASSAU, INCORPORATED VILLAGE OF      :
GARDEN CITY, AND GARDEN CITY BOARD OF          :
TRUSTEES,                                      :
                                               :
                        Defendants.            :
------------------------------------------------ x

## AMENDED REPORT OF PARTIES' DISCOVERY PLANNING CONFERENCE PURSUANT TO RULE 26(F)

On April 11, 2007, pursuant to the Court's February 28, 2007 Order, counsel for the parties to the above-captioned action conferred by telephone. Peter J. Dennin of Hogan & Hartson L.L.P. participated on behalf of plaintiffs Vic Devita, Vernon Ghullkie, Lisbett Hunter, and Francine McCray ("the Individual Plaintiffs"). Audrey Wiggin of Lawyers' Committee for Civil Rights Under Law participated on behalf of plaintiffs The New York Association of Community Organizations for Reform Now, New York ACORN Housing Company, Inc., and the Individual Plaintiffs. James G. Ryan and Jennifer McLaughlin of Cullen & Dykman participated on behalf of defendants the Incorporated Village of Garden City and the Garden City Board of Trustees. Ralph Reissman of the Office of the County Attorney participated on behalf of the County of Nassau.

## PROPOSED DISCOVERY PLAN

Per the Court's Order, the parties agreed to and propose the following amended schedule:

1. All fact discovery must be concluded by **September 30, 2007**.

4. Expert discovery shall be conducted as follows:

Plaintiffs shall identify and serve the reports of any and all experts that they expect to present at trial on or before **October 31, 2007**.

Defendants shall identify and serve the reports of any and all experts that they expect to present at trial on or before **November 30, 2007**.

Expert depositions must be taken on or before **December 31, 2007**.

All expert discovery must be concluded by **December 31, 2007**.

5. Any party wishing to file a dispositive motion shall seek a pre-motion conference to discuss its request on or before **January 31, 2008**.

6. The parties agree that they shall be ready for trial on or before **May 18, 2008**.

This proposed schedule does not amend or alter in any other way the original Discovery Plan, dated August 25, 2006.

Dated: April 18, 2007

| | |
|---|---|
| By: _____/S/_____<br>    Paul B. Sweeney (PS 5254)<br>    Kim F. Bridges (KB 1306)<br>    Peter J. Dennin (PD 9916)<br><br>HOGAN & HARTSON L.L.P.<br>875 Third Avenue<br>New York, New York 10022<br>(212) 918-3000<br><br>*Attorneys for the Individual Plaintiffs*<br><br>-and-<br><br>Frederick K. Brewington (FB 5295)<br>Law Offices of Frederick K. Brewington<br>50 Clinton Street – Suite 501<br>Hempstead, NY 11550<br>(516) 489-6959<br><br>Joseph Rich<br>Lawyers' Committee for Civil Rights<br>        Under Law<br>1401 New York Avenue, N.W.<br>Suite 5000<br>Washington, DC 20005<br>(202) 662-8326<br><br>*Attorneys for Plaintiffs New York Association of Community Organizations for Reform Now, New York ACORN Housing Company, Inc. and the Individual Plaintiffs* | By: _____/S/_____<br>    James G. Ryan (JR 9446)<br>    Jennifer McLaughlin<br><br>CULLEN & DYKMAN LLP<br>100 Quentin Roosevelt Boulevard<br>Garden City, NY 11530<br>(516) 357-3700<br><br>*Attorney for Defendants Incorporated Village of Garden City and Garden City Board of Trustees*<br><br><br>By: _____/S/_____<br>    Ralph Reissman (RR 4360)<br><br>Office of the Nassau County Attorney<br>1 West Street<br>Mineola, NY 11501<br>(516) 571-3056<br><br>*Attorney for Defendant County of Nassau* |