UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ACORN, et al.,

                      Plaintiff(s),                  **AMENDED**
                                                          **SCHEDULING ORDER**
    -against-
                                                          CV 05-2301  (JFB) (WDW)

COUNTY OF NASSAU, et al.,

                      Defendant(s).
----------------------------------------------------------X
**WALL, Magistrate Judge:**

       The parties have proposed an amended discovery schedule, which is adopted as follows:

1)       All discovery of factual matters is to be completed by **April 30, 2008.**

2)       Expert Discovery:

          a)       Plaintiffs shall identify and serve reports of their experts by **May 31, 2008.**

          b)       Defendants shall identify and serve reports of their experts by **June 30, 2008.**

          c)       All expert discovery, including the depositions of experts, must be concluded by **July 31, 2008.**

3)       Any party wishing to make a dispositive motion shall seek a premotion conference to discuss its request by **August 31, 2008.**

4)       A pretrial conference before the undersigned will be held on **November 14, 2008 at 10:00 a.m.**  A joint proposed pretrial order consistent with Judge Bianco's requirements shall be electronically filed prior to this conference.

Dated:  Central Islip, New York                SO ORDERED:
         December 6, 2007

                                                   /s/ William D. Wall
                                                   WILLIAM D. WALL
                                                   United States Magistrate Judge