

# CULLENandDYKMANLLP

**James G. Ryan**
Partner
Direct Dial: (516) 357-3750
Facsimile: (516) 296-9155
jryan@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

November 12, 2012

The Honorable Arthur D. Spatt
U.S. District Court, Eastern District of New York
100 Federal Plaza, Courtroom 1020
P.O. Box 9014
Central Islip, New York 11722

Re: MHANY Management, Inc. et al. v. County of Nassau, et al.
05-cv.2301 (ADS)(WDW)

Dear Judge Spatt:

As you know, this firm represents the Village defendants in this matter. We would ask the Court that plaintiffs' letter dated November 9, 2012, which discussed confidential settlement negotiations with the Village, be removed from the public record (ECF) as those communications and negotiations were to remain private and confidential between the parties.

Thank you for the Court's courtesy and cooperation.

Respectfully submitted,

James G. Ryan

JGR/ll

cc:   All Parties via ECF

*Founded 1850*

BROOKLYN    LONG ISLAND    MANHATTAN    WASHINGTON, D.C.    NEW JERSEY