# CULLENandDYKMANLLP

**Ariel E. Ronneburger**
Associate
Direct Dial: (516) 296-9182
Facsimile: (516) 296-9155
aronneburger@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

May 22, 2014

Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      RE:   *MHANY Management, Inc. v. Inc. Vill. of Garden City, et al.,*
              Case Number: 05-cv-2301(ADS)(WDW)

Dear Judge Spatt:

    This firm represents the Incorporated Village of Garden City and the Garden City Board of Trustees (collectively referred to herein as the "Village") in the above-referenced action. We write pursuant to Federal Rule of Civil Procedure 54(d)(2)(C) to request the opportunity to file opposition papers to plaintiffs MHANY Management, Inc. and New York Communities for Change, Inc.'s ("Plaintiffs") motion for attorneys' fees.

    We further request that the Village's opposition papers be filed on or by June 18, 2014, and that Plaintiffs' reply papers be filed on or before July 2, 2014. These dates have been mutually agreed upon by the parties and this request is made upon consent of all parties involved.

    Thank you, as always, for your courtesies in this matter.

Respectfully yours,

*Ariel E. Ronneburger*

Ariel E. Ronneburger (AR0739)

cc:
All parties (via ECF)

**Founded 1850**

BROOKLYN     LONG ISLAND     MANHATTAN     WASHINGTON, D.C.     NEW JERSEY