
**124**

*June 5, 2014 Board Meeting*

## LEGAL

**Adoption of a "Fair Housing Policy".** Requested authorization for the Village of Garden City to adopt a "Fair Housing Policy", which was Court ordered with regard to the MHANY Management Inc., and the New York Communities for Change, Inc., against the Incorporated Village of Garden City, et al (ACORN Litigation).

On motion of Trustee DeMaro the following resolution was offered:

### RESOLUTION NO. 101-2014

RESOLVED that the Village hereby adopts a fair housing policy for Garden City as it relates to zoning and land use to assure equal housing opportunities and nondiscrimination in its zoning and other land use processes:

1. The Village shall at all times comply with the federal Fair Housing Act, 42 USC 3601 et seq. (the "FHA"), 42 USC 1981, 42 USC 1982, 42 USC 1983, 42 USC 2000d et seq, and the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution; and

2. The Village shall not interpret nor enforce its zoning and/or land use processes in a manner that unlawfully discriminates in the sale, rental, and/or financing of dwellings, and/or in other housing-related transactions, because of race, color, national origin, religion, sex, familial status (including children under the age of 18 living with parents or legal custodians, pregnant women, and people securing custody of children under the age of 18), or disability.

3. The Village shall interpret and enforce its zoning and/or land use processes in a manner calculated to assure equal housing opportunities and nondiscrimination as required by law.

4. The Village shall not interpret nor enforce its zoning and/or land use processes in a manner that restricts or denies housing opportunities or otherwise makes unavailable or denies dwellings to persons because of race, color, national origin, religion, sex, handicap, familial status, or disability.

AND IT IS FURTHER RESOLVED that a copy of this Resolution shall be distributed to each officer and employee of the Village forthwith.

The vote on the foregoing resolution was as follows:

AYES: 8
NOES: 0

The resolution was declared adopted.

## EXTERNAL COMMUNICATIONS

## PERMITS

INCORPORATED
VILLAGE OF GARDEN CITY

CERTIFICATION

I, Brian S. Ridgway, Village Clerk, do HEREBY CERTIFY that the following resolution was adopted at a regular meeting of the Board of Trustees held on June 5, 2014 and is incorporated in the original minutes of said meeting, and that said resolution has not been altered, amended or revoked and is in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Village on this 21st day of October 2014.

_____
Brian S. Ridgway

(SEAL)