UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------------x
MHANY MANAGEMENT INC.,              :
                                    :
                Plaintiff,           :
                                    :
    -and-                           :
                                    :
NEW YORK COMMUNITIES FOR CHANGE, INC., : Case No. 05-cv-2301 (ADS) (ARL)
                                    :
                Intervenor-Plaintiff,:
                                    :
    -against-                       :
                                    :
INCORPORATED VILLAGE OF GARDEN CITY, :
GARDEN CITY BOARD OF TRUSTEES, and  :
COUNTY OF NASSAU,                   :
                                    :
                Defendants.         :
                                    :
------------------------------------x
```

## NOTICE OF MOTION FOR ENTRY OF PARTIAL FINAL JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and the Declaration of Stanley J. Brown, dated October 8, 2017, and the exhibit annexed thereto (the "Proposed Judgment"), Plaintiff MHANY Management Inc. and Intervenor-Plaintiff New York Community for Change will move this Court before the Honorable Judge Arthur D. Spatt, at the United States Courthouse for the Eastern District of New York at 100 Federal Plaza, Central Islip, New York, 11722, at a date and time to be set by the Court, for an order, pursuant to Federal Rule of Civil Procedure 54(b), directing entry of a partial final judgment against defendants Incorporated Village of Garden City and the Garden City Board of Trustees, in the form of the Proposed Judgment.

Dated: November 8, 2017
New York, New York

Respectfully submitted,

/s/     Stanley J. Brown     /

Stanley J. Brown
Ira M. Feinberg
Benjamin A. Fleming
Dianne Milner
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000

Chava Brandriss
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600

Frederick K. Brewington
LAW OFFICES OF FREDERICK K. BREWINGTON
556 Peninsula Boulevard
Hempstead, NY 11550

Joseph D. Rich (*pro hac vice*)
Thomas Silverstein (*pro hac vice*)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1401 New York Avenue, NW, Suite 400
Washington, D.C. 20005
(202) 662-8600

*Counsel for Plaintiffs*

To: James G. Ryan
   Jennifer A. McLaughlin
   Douglas J. Bohn
   Cynthia A. Augello
   Ariel E. Ronneburger
   CULLEN AND DYKMAN LLP
   Garden City Center
   100 Quentin Roosevelt Boulevard
   Garden City, New York 11530-4850
   (516) 357-3700

*Counsel for Defendants Incorporated Village of Garden City and the Garden City Board of Trustees*

Ralph J. Reissman
Nassau County Attorney's Office
One West Street
Mineola, New York 11501
516-571-3046

Scott J. Kreppein
Quatela, Hargraves & Chimeri PLLC
888 Veterans Memorial Highway, Suite 530
Hauppauge, New York 11788
631-482-9700

*Counsel for Defendant County of Nassau*