# CULLENandDYKMANLLP

**James G. Ryan**
Partner
Direct Dial: (516) 357-3750
Facsimile: (516) 296-9155
jryan@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

November 21, 2017

**VIA ECF**
Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      RE:    *MHANY Management, Inc. v. Inc. Vill. of Garden City, et al.*,
                Case Number: 05-cv-2301(ADS)(WDW)

Dear Judge Spatt:

      This firm represents defendants the Incorporated Village of Garden City and the Garden City Board of Trustees (the "Village") in the above-referenced matter. We write in response to plaintiff MHANY Management Inc. and intervenor-plaintiff New York Communities for Change's (collectively referred to herein as "Plaintiffs") motion pursuant to Federal Rule of Civil Procedure 54(b), requesting entry of a partial final judgment against the Village.

      The Village does not object to the form of the proposed Final Judgment attached as Exhibit 1 to the Declaration of Stanley J. Brown dated October 8, 2017. However, the Village does not take any position with regard to the Plaintiffs' motion, and defers to the Court's discretion with regard to the substance and timing of the entry of a Final Judgment against the Village in this action. Moreover, the Village reserves all rights with regard to any Final Judgment entered by the Court.

      Thank you, as always, for your courtesies in this matter.

Respectfully yours,

James G. Ryan

cc:    All parties (via ECF)