# ATTACHMENT

# TRANSCRIPT FEES

**MHANY Management, Inc., Vic DeVita, Francine McCray, New York Communities for Change, Inc. v. County of Nassau, Incorporated Village of Garden City, and Garden City Board of Trustees**

**Case No. 05-cv-2301 (ADS) (ARL)**

## TRANSCRIPT FEES

| Date | Type of Service | Vendor | Witness(es) | Amount | Check No. |
|---|---|---|---|---|---|
| 1/26/2007 | Deposition | Ellen Grauer Court Reporting | Frank Fish | $1,168.75 | 1292101 |
| 1/16/2008 | Deposition | Severin & Associates | Ismene Speliotis | $526.00 | 1395638 |
| 1/16/2008 | Deposition | Severin & Associates | Ann E. Sullivan | $532.00 | 1395639 |
| 1/31/2008 | Deposition | Ellen Grauer Court Reporting | Frank Fish | $964.75 | 1399450 |
| 2/15/2008 | Deposition | Ellen Grauer Court Reporting | Robert L. Schoelle, Jr. | $1,109.25 | 1403113 |
| 2/15/2008 | Deposition | Ellen Grauer Court Reporting | Robert L. Schoelle, Jr. | $841.50 | 1403114 |
| 3/21/2008 | Deposition | Ellen Grauer Court Reporting | Michael Filippon | $1,147.50 | 1413143 |
| 7/25/2008 | Deposition | Ellen Grauer Court Reporting | Barbara K. Miller | $1,112.00 | 1443989 |
| 7/25/2008 | Deposition | Ellen Grauer Court Reporting | Gerard P. Lundquist | $1,249.50 | 1443991 |
| 7/25/2008 | Deposition | Ellen Grauer Court Reporting | Thomas R. Suozzi | $527.00 | 1443993 |
| 7/25/2008 | Deposition | Ellen Grauer Court Reporting | Peter Bee | $1,249.50 | 1443995 |
| 7/29/2008 | Deposition | Ellen Grauer Court Reporting | Peter Negri | $612.00 | 1444710 |
| 12/29/2008 | Deposition | Severin & Associates | Ann E. Sullivan | $408.00 | 1479282 |
| 2/23/2009 | Deposition | Ellen Grauer Court Reporting | Patrick Cleary | $1,262.25 | 1490851 |
| 2/26/2009 | Deposition | Severin & Associates | Peter Marcuse | $508.00 | 1491920 |
| 4/29/2009 | Deposition | Severin & Associates | Victor DeVita & Francine McCray | $590.00 | 1504441 |
| 9/28/2010 | Deposition | Ellen Grauer Court Reporting | Carl Schroeter | $1,260.00 | 1647842 |
| 2/18/2011 | Deposition | Severin & Associates | Diane Goins | $155.25 | 1632537 |
| 7/9/2013 | Trial Transcripts | Mary Ann Steiger, EDNY Court Reporter | | $11,605.23 | 1805405 |
| 7/13/2013 | Trial Transcripts | Mary Ann Steiger, EDNY Court Reporter | | $7,321.86 | 1806512 |
| | | | **Total:** | **$34,150.34** | |



# Ellen Grauer
## COURT REPORTING Co. LLC

126 EAST 56H STREET, FIFTH FLOOR, NEW YORK, NEW YORK 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097

I N V O I C E

Kim Bridges
Hogan & Hartson
875 Third Avenue
New York, NY 10022

| Invoice Date | Invoice # |
|---|---|
| 1/2/2007 | 20070002EU |

**Job Date/Time:** 11/9/2006 9:00:00 AM

2190HB

**Witness:** Frank Fish

**Federal Tax Id #:** 42-1650856

**Case:** Acorn v. Nassau County

**Venue:**

| Description | Quan | Total |
|---|---|---|
| PRO BONO | 1 | $0.00 |
| Original + 1 Certified Deposition | 275 | $1,168.75 |
| Reporter's Appearance (am & pm, | 1 | $80.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Delivery | 1 | $21.00 |

| | |
|---|---|
| Sub Total | $1,269.75 |
| Payments | $0.00 |
| Balance Due | $1,269.75 |



**You can now download your transcripts online @ www.ellengrauer.com!**

1399450



**I N V O I C E**

126 East 56th Street, Fifth Floor, New York, New York 10022
Phone: (212) 750-6434   Fax: (212) 750-1097

Kim  Bridges
Hogan & Hartson
875 Third Avenue, 25th Floor
New York, NY 10022

| Invoice Date | Invoice # |
|---|---|
| 1/24/2008 | 20080404EU |

Job Date/Time:   12/17/2007 9:00:00 AM

5854HB

Witness:   Frank Fish

Federal Tax Id #: 42-1650856

Case:   Acorn vs. Nassau County

Venue:

| Description | Quan | Total |
|---|---|---|
| ***PRO BONO RATES*** | 1 | $0.00 |
| Original + 1 Certified Deposition | 227 | $964.75 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Reporter's Appearance (am & pm) | 1 | $80.00 |
| Delivery | 1 | $15.00 |
| | | |
| Sub Total | | $1,059.75 |
| Payments | | $0.00 |
| Balance Due | | $1,059.75 |

**You can now download your transcripts online @ www.ellengrauer.com!**



*1403113*

I N V O I C E

126 EAST 56H STREET, FIFTH FLOOR, NEW YORK, NEW YORK 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| 2/4/2008 | 20080619EU |

Kim  Bridges
Hogan & Hartson
875 Third Avenue, 25th Floor
New York, NY 10022

**Job Date/Time:**   1/16/2008 9:30:00 AM

5971HB

**Witness:**   Robert L. Schoelle, Jr.

Federal Tax Id #: 42-1650856

**Case:**   Acorn vs. Nassau County

**Venue:**

| Description | Quan. | Total |
|---|---|---|
| Original + 1 Certified Deposition | 261 | $1,109.25 |
| **PRO BONO RATES** | 1 | $0.00 |
| Reporter's Appearance (am & pm) | 1 | $80.00 |
| Immediate  Rough ASCII | 261 | $261.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Delivery | 1 | $15.00 |

| | | |
|---|---|---|
| Sub Total | | $1,465.25 |
| Payments | | $0.00 |
| Balance Due | | $1,465.25 |

**You can now download your transcripts online @ www.ellengrauer.com!**

1403114



**I N V O I C E**

126 EAST 56H STREET, FIFTH FLOOR, NEW YORK, NEW YORK 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097

Kim  Bridges
Hogan & Hartson
875 Third Avenue, 25th Floor
New York, NY 10022

| Invoice Date | Invoice # |
|---|---|
| 2/4/2008 | 20080616EU |

Job Date/Time:    1/17/2008 9:30:00 AM

5972HB

Witness:    Robert L. Schoelle, Jr.

Federal Tax Id #: 42-1650856

Case:    **Acorn vs. Nassau County**

Venue:

| Description | Quantity | |
|---|---|---|
| Original + 1 Certified Deposition | 198 | $841.50 |
| **PRO BONO RATES** | 1 | $0.00 |
| Reporter's Appearance (am & pm) | 1 | $80.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Immediate  Rough ASCII | 198 | $198.00 |
| Delivery | 1 | $15.00 |

| | | |
|---|---|---|
| Sub Total | | $1,134.50 |
| Payments | | $0.00 |
| Balance Due | | $1,134.50 |

**You can now download your transcripts online @ www.ellengrauer.com!**

14|3|43



# Ellen Grauer
## COURT REPORTING
Co. LLC

worldwide!

I N V O I C E

126 EAST 56H STREET, FIFTH FLOOR, NEW YORK, NEW YORK 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| 2/26/2008 | 20080787EU |

Peter  Dennin
Hogan & Hartson
875 Third Avenue, 25th Floor
New York, NY 10022

Job Date/Time:    1/30/2008 9:30:00 AM

6101HB

Witness:    Michael Filippon

Federal Tax Id #: 42-1650856

Case:    Acorn vs. Nassau County

Venue:

| Description | Quantity | Rate |
|---|---|---|
| Original + 1 Certified Deposition | 270 | $1,147.50 |
| **Pro Bono** | 1 | $0.00 |
| Reporter's Appearance (am & pm) | 1 | $80.00 |
| Immediate  Rough ASCII | 270 | $270.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Delivery | 1 | $23.00 |

| | |
|---|---|
| Sub Total | $1,520.50 |
| Payments | $0.00 |
| Balance Due | $1,520.50 |



**You can now download your transcripts online @ www.ellengrauer.com!**



*106370*      *1443989*

# I N V O I C E

**Paul Sweeney**
Hogan & Hartson
875 Third Avenue, 25th Floor
New York, NY 10022

| Invoice Date | Invoice # |
|---|---|
| 5/28/2008 | 20082116EU |

**Job Date/Time:**  4/18/2008 9:30:00 AM

**2227JO**

**Witness:**  Barbara K. Miller

Federal Tax Id #: 42-1650856

---

**Case:**  Acorn vs. Nassau County

**Venue:**

| Description | Quan | Total |
|---|---|---|
| Original + 1 Certified Deposition | 278 | $1,112.00 |
| ***PRO BONO RATES*** | 1 | $0.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Immediate  Rough ASCII | 278 | $278.00 |
| Reporter's Appearance (am & pm) | 1 | $80.00 |
| Exhibits | 1 | $80.00 |
| Delivery | 1 | $23.00 |

| | |
|---|---|
| **Sub Total** | $1,573.00 |
| **Payments** | $0.00 |
| **Balance Due** | $1,573.00 |

OK to pay
90334.
9910

**You can now download your transcripts online @ www.ellengrauer.com!**



*106370*   *1443991*

I N V O I C E

126 East 56h Street, Fifth Floor, New York, New York 10022
Phone: (212) 750-6434   Fax: (212) 750-1097

Stanley Brown
Hogan & Hartson
875 Third Avenue, 25th Floor
New York, NY 10022

| Invoice Date | Invoice # |
|---|---|
| 5/28/2008 | 20082123EU |

**Job Date/Time:**   4/23/2008 9:30:00 AM

**2236JO**

**Witness:**   Gerard P. Lundquist

Federal Tax Id #: 42-1650856

**Case:**   Acorn vs. Nassau County

**Venue:**

| Description | Quan | Total |
|---|---|---|
| ***PRO BONO RATES*** | 1 | $0.00 |
| Original + 1 Certified Deposition | 294 | $1,249.50 |
| Reporter's Appearance (am & pm) | 1 | $80.00 |
| Immediate Rough ASCII | 294 | $294.00 |
| Exhibits | 1 | $80.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Delivery | 1 | $23.00 |

| | |
|---|---|
| **Sub Total** | $1,726.50 |
| **Payments** | $0.00 |
| **Balance Due** | $1,726.50 |

OR
QL334.9910

**You can now download your transcripts online @ www.ellengrauer.com!**

*106370*   *1490851*



**I N V O I C E**

126 East 56th Street, Fifth Floor, New York, New York 10022
Phone: (212) 750-6434   Fax: (212) 750-1097

Sabrina H. Cochet
Hogan & Hartson
875 Third Avenue, 25th Floor
New York, NY 10022

| Invoice Date | Invoice # |
|---|---|
| 1/29/2009 | 20090268EU |

**Job Date/Time:**   1/9/2009 10:00:00 AM

8692HB

**Witness:**   Patrick Cleary

Federal Tax Id #: 42-1650856

**Case:**   Acorn vs. Nassau County   *90334.9910*
**Venue:**

| Description | Quan | Total |
|---|---|---|
| Original + 1 Certified Deposition | 297 | $1,262.25 |
| ***PRO BONO RATE*** | 1 | $0.00 |
| Exhibits & LEF | 1 | $168.00 |
| Reporter's Appearance (am & pm) | 1 | $80.00 |
| Realtime | 297 | $445.50 |
| Delivery | 1 | $23.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |

| | |
|---|---|
| **Sub Total** | $1,978.75 |
| **Payments** | $0.00 |
| **Balance Due** | $1,978.75 |

RECEIVED
FEB 1 9 2009
HHLLP
AIP

**You can now download your transcripts online @ www.ellengrauer.com!**

106370    1443993



# Ellen Grauer
## COURT REPORTING Co. LLC

worldwide

126 East 56h Street, Fifth Floor, New York, New York 10022
Phone: (212) 750-6434    Fax: (212) 750-1097

**I N V O I C E**

Paul Sweeney
Hogan & Hartson
875 Third Avenue, 25th Floor
New York, NY 10022

| Invoice Date | Invoice # |
|---|---|
| 5/28/2008 | 20082127EU |

Job Date/Time:  4/24/2008 1:00:00 PM

**2237JO**

Witness:   **Thomas R. Suozzi**

Federal Tax Id #: 42-1650856

Case:   **Acorn vs. Nassau County**

Venue:

| Description | Quan | Total |
|---|---|---|
| Original + 1 Certified Deposition | 124 | $527.00 |
| ***PRO BONO RATES*** | 1 | $0.00 |
| Reporter's Appearance (pm) | 1 | $40.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Exhibits | 1 | $55.00 |
| Immediate  Rough ASCII | 124 | $124.00 |
| Delivery | 1 | $23.00 |

| | |
|---|---|
| **Sub Total** | $769.00 |
| **Payments** | $0.00 |
| **Balance Due** | $769.00 |

*Ok to pay*
*90354. 9910*

**You can now download your transcripts online @ www.ellengrauer.com!**



*10657⁰*   *1443995*

I N V O I C E

**126 East 56th Street, Fifth Floor, New York, New York 10022**

**Phone:  (212) 750-6434   Fax: (212) 750-1097**

| Invoice Date | Invoice # |
|---|---|
| 5/29/2008 | 20082158EU |

**Job Date/Time:**    4/30/2008 9:30:00 AM

**2257JO**

**Witness:**    Peter Bee

Federal Tax Id #: 42-1650856

Stanley  Brown
Hogan & Hartson
875 Third Avenue, 25th Floor
New York, NY 10022

**Case:**    Acorn vs. Nassau County

**Venue:**

| Description | Quan | Total |
|---|---|---|
| ***PRO BONO*** | 1 | $0.00 |
| Original + 1 Certified Deposition | 294 | $1,249.50 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Immediate  Rough ASCII | 294 | $294.00 |
| Reporter's Appearance (am & pm) | 1 | $80.00 |
| Delivery | 1 | $23.00 |

| | |
|---|---|
| **Sub Total** | $1,646.50 |
| **Payments** | $0.00 |
| **Balance Due** | $1,646.50 |

*Ok to pay*
*Q0334. 9910*

**You can now download your transcripts online @ www.ellengrauer.com!**



JUL 14 2008

144710

**I N V O I C E**

# Ellen Grauer
## COURT REPORTING
Co. LLC

126 East 56h Street, Fifth Floor, New York, New York 10022
Phone: (212) 750-6434   Fax: (212) 750-1097

Stanley Brown
Hogan & Hartson
875 Third Avenue, 25th Floor
New York, NY 10022

| Invoice Date | Invoice # |
|---|---|
| 7/2/2008 | 20082744EU |

Job Date/Time:   6/10/2008 10:30:00 AM

7292HB

Witness:   Peter Negri

Federal Tax Id #: 42-1650856

Case:   **Acorn vs. Nassau County**

Venue:

| Description | Quan | Total |
|---|---|---|
| ***PRO BONO*** | 1 | $0.00 |
| Original + 1 Certified Deposition | 144 | $612.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Reporter's Appearance (am & pm) | 1 | $80.00 |
| Delivery | 1 | $15.00 |

| | |
|---|---|
| **Sub Total** | $707.00 |
| **Payments** | $0.00 |
| **Balance Due** | $707.00 |

90334 - 009910

Toby Smith

**You can now download your transcripts online @ www.ellengrauer.com!**

*106370*   *1647842*
*1647843*



# Ellen Grauer
## COURT REPORTING

126 East 56th Street, Fifth Floor
New York, New York 10022
Tel: 212-750-6434
Fax: 212-750-1097

CASE INVOICE

Federal Tax Id #: 42-1650856

Sabrina H. Cochet
Hogan Lovells US LLP
875 Third Avenue

New York, NY 10022

| Date |
|---|
| 5/5/2011 |

Phone    (212) 918-3000
Fax

### New York Communities for Change, et al. vs. County of Nassau, et al.

| Invoice # | Claim No. | File No. | Billed | Paid Witness | Job Date |
|---|---|---|---|---|---|
| 20103682 | | | 10/13/2010 | Carl Shroeter | 9/28/2010 |

| | | |
|---|---|---|
| Original + 1 Certified Deposition | 280 | $1,260.00 |
| Exhibits | 1 | $58.00 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Immediate  Rough ASCII | 280 | $350.00 |
| Delivery | 1 | $23.00 |
| **Amount Paid** | | **$0.00** |
| **Amount Due** | | **$1,841.00** |

| 20103906 | | 10/22/2010 | Carl Shroeter | 9/28/2010 |
|---|---|---|---|---|

| | | |
|---|---|---|
| Video | 1 | $817.50 |
| Video Delivery | 1 | $28.00 |
| DVD Sync (MPEG1 w/Load Files) | 5 | $475.00 |
| 8.875% sales tax | 1 | $114.71 |
| **Amount Paid** | | **$0.00** |
| **Amount Due** | | **$1,435.21** |

| **Case Balance** | **$3,276.21** |
|---|---|

**You can now download your transcripts online @ www.ellengrauer.com!**

C/M# 90334. 9910

Approved by

S. Brown   0153

RECEIVED
MAY - 5 2011

**SEVERIN & ASSOCIATES, INC.**
1 South View Court
BAYVILLE, NEW YORK 11709

INVOICE NUMBER: 10257

*1395638*

(516) 628-1402   FAX (516) 628-0423
Email: SeverinAndAssoc@aol.com

PAGE:   1

SOLD TO:   HOGAN & HARTSON, LLP
875 THIRD AVENUE
NEW YORK, NY  10022

Tax Id #11-3305792

PLEASE PUT INVOICE NUMBER ON ALL CHECKS.

| CUSTOMER ID | CUSTOMER PO | SALES REP ID |
|---|---|---|
| HOGHAR | PETER DENNIN | DGU |
| **PAYMENT TERMS** | **INVOICE DATE** | **DUE DATE** |
| Net 30 Days | 12/27/07 | 1/26/08 |

| DESCRIPTION | AMOUNT |
|---|---|
| 11/29/07 ACORN, ET AL vs CO. OF NASSAU & GARDEN CITY | |
| EBT OF ISMENE SPELIOTIS | |
|     263 PGS... | 526.00 |
|     SHIPPING & HDLG... | 8.00 |
|     COPY & CONDENSED WILL BE SENT UPON FULL PAYMENT OF THIS INVOICE. | |
|     THANK YOU. | |

| | |
|---|---|
| Subtotal | 534.00 |
| Sales Tax | |
| Total Invoice Amount | $534.00 |
| Payment Received | 0.00 |
| Check No:        TOTAL DUE | $534.00 |

**SEVERIN & ASSOCIATES, INC.**
1 South View Court
BAYVILLE, NEW YORK 11709

INVOICE NUMBER: 10238  *1395639*

(516) 628-1402    FAX (516) 628-0423
Email: SeverinAndAssoc@aol.com

PAGE:  1

SOLD TO:   **HOGAN & HARTSON, LLP**
875 THIRD AVENUE
NEW YORK, NY  10022

Tax Id #11-3305792                    PLEASE PUT INVOICE NUMBER ON ALL CHECKS.

| CUSTOMER ID | CUSTOMER PO | SALES REP ID |
|---|---|---|
| **HOGHAR** | **TOBY SMITH** | **AD** |
| PAYMENT TERMS | INVOICE DATE | DUE DATE |
| Net 30 Days | 12/11/07 | 1/10/08 |

| DESCRIPTION | AMOUNT |
|---|---|
| 11/28/07 ACORN, ET AL. vs CO. OF NASSAU & GARDEN CITY | |
| EBT OF ANN E. SULLIVAN | |
| 266 PGS... | 532.00 |
| SHIPPING & HDLG... | 8.00 |
| COPY & CONDENSED WILL BE SENT UPON FULL PAYMENT OF THIS INVOICE. | |
| THANK YOU. | |

| | |
|---|---|
| Subtotal | 540.00 |
| Sales Tax | |
| Total Invoice Amount | $540.00 |
| Payment Received | 0.00 |
| Check No: TOTAL DUE | $540.00 |





Mary Ann Steiger
Official Court Reporter
Sen. Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

Date   7/3/2013

Invoice #   3683

**Bill To**

Stanley J. Brown, Esq.
Hogan Lovells
875 Third Avenue
New York, NY 10022

*90334.9910*

| Terms | Due upon receipt |
|-------|------------------|

| Item | Description | Qty | Price | Amount |
|------|-------------|-----|-------|--------|
| | MHANY Management, et al. v. Incorporated Village of Garden City, et al., as heard before the Hon. Arthur D. Spatt on June 24, 25, 26 and 27, and July 1, 2 and 3, 2013 | | | |
| Transcript | June 24, 2013 Transcript, pages 779-898 | 120 | 8.19 | 982.80 |
| All Word Index | All Word Index | 19 | 8.19 | 155.61 |
| Transcript | June 25, 2013 Transcript, pages 899-1110 | 212 | 8.19 | 1,736.28 |
| All Word Index | All Word Index | 30 | 8.19 | 245.70 |
| Transcript | June 26, 2013 Transcript, pages 1111-1336 | 226 | 8.19 | 1,850.94 |
| All Word Index | All Word Index | 32 | 8.19 | 262.08 |
| Transcript | June 27, 2013 Transcript, pages 1337-1539 | 203 | 8.19 | 1,662.57 |
| All Word Index | All Word Index | 32 | 8.19 | 262.08 |
| Transcript | July 1, 2013 Transcript, pages 1540-1740 | 201 | 8.19 | 1,646.19 |
| All Word Index | All Word Index | 33 | 8.19 | 270.27 |
| Transcript | July 2, 2013 Transcript, pages 1741-1910 | 170 | 8.19 | 1,392.30 |
| All Word Index | All Word Index | 25 | 8.19 | 204.75 |
| Transcript | July 3, 2013 Transcript, pages 1911-2003 | 93 | 8.19 | 761.67 |
| All Word Index | All Word Index | 21 | 8.19 | 171.99 |

**Please make check payable to Mary Ann Steiger**
**S.S. No. 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**

*Mary Ann Steiger*
ksteiger@optonline.net
www.edcr.us

631-712-6101

| Total | $11,605.23 |
|-------|-----------|
| Payments/Credits | $0.00 |
| Balance Due | $11,605.23 |

*1806512*

OWEN WICKER, RPR
Official Court Reporter
U.S. District Court
100 Federal Plaza
Central Islip, New York 11722-4438
(631) 712-6102
TAX I.D.# 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

*90334.9910*

Dated: 6/28/13

- - - - - - - - - - - - - - - - - - - - - - - - - - -
                      I N V O I C E
- - - - - - - - - - - - - - - - - - - - - - - - - - -

STANLEY J. BROWN, ESQ.          Rptrs:  HR, OW
HOGAN LOVELLS
875 Third Avenue
New York, NY 10022
212.918.3000

RE: MHANY MANAGEMENT, et al. V. INCORPORATED VILLAGE OF
GARDEN CITY, et al.,
Trial for week ending 6/21/13
DOCKET NO. CV 05-0201
BEFORE THE HON. Arthur D. Spatt, USDJ


Transcript pages 1-778, word ind 116

894 pages @ $8.19 pp
(Includes Orig, condensed, p.m. email to:  S. Brown,
P. Dennin, C. Brandriss, A. Sein, R. Torres)

                    Total Due:    $7,321.86
_____


*Local Civil Rule 1.7. Fees of Clerks and Reporters*
      *(b)  Every attorney appearing in any proceeding who
orders a transcript of any trial, hearing, or any other
proceeding is obligated to pay the cost thereof to the
court reporters of the court upon rendition of the invoice
unless at the time of such order, the attorney, in writing,
advises the court reporter that only the client is
obligated to pay.*

*1632537*

**SEVERIN & ASSOCIATES, INC.**
1 South View Court
BAYVILLE, NEW YORK 11709

**(516) 628-1402   FAX (516) 628-0423**
**Email: SeverinAndAssoc@aol.com**

INVOICE NUMBER:

11640

PAGE:

1

SOLD TO:

HOGAN LOVELLS
875 THIRD AVENUE
NEW YORK, NY  10022

Tax Id #11-3305792

**PLEASE PUT INVOICE NUMBER ON ALL CHECKS.**

| CUSTOMER ID | CUSTOMER PO | SALES REP ID |
|---|---|---|
| HOGLOV | FILE# 090334 | AD |
| **PAYMENT TERMS** | **INVOICE DATE** | **DUE DATE** |
| Net 30 Days | 2/11/11 | 3/13/11 |

| DESCRIPTION | AMOUNT |
|---|---|
| 2/1/11 MHANY vs CO. OF NASSAU, ET AL. | |
| DEP OF DIANE GOINS | |
| 69 PGS... | 155.25 |
| SHIPPING & HDLG... | 10.00 |
| COPY & CONDENSED ENCL. | |
| THANK YOU. | |

OK sgd

| | |
|---|---|
| Subtotal | 165.25 |
| Sales Tax | |
| Total Invoice Amount | $165.25 |
| Payment/Credit Applied | |
| TOTAL DUE | $165.25 |

DEC-16-2008 17:41 FROM:                                    TO:12129183100         P.3

**SEVERIN & ASSOCIATES, INC.**
1 South View Court
BAYVILLE, NEW YORK 11709

INVOICE NUMBER:   **10346**

(516) 628-1402   FAX (516) 628-0423
Email: SeverinAndAssoc@aol.com

PAGE:   1

SOLD TO:   **HOGAN & HARTSON, LLP**
875 THIRD AVENUE
NEW YORK, NY 10022

Tax Id #11-3305792                                        PLEASE PUT INVOICE NUMBER ON ALL CHECKS.

| CUSTOMER ID | CUSTOMER PO | SALES REP ID |
|---|---|---|
| HOGHAR | TOBY SMITH | AD |
| PAYMENT TERMS | INVOICE DATE | DUE DATE |
| Net 30 Days | 2/27/08 | 3/28/08 |

| DESCRIPTION | AMOUNT |
|---|---|
| 2/15/08 ACORN vs CO. OF NASSAU &, INC. VILLAGE OF GARDEN CITY | |
| CONT'D EBT OF ANN E. SULLIVAN | |
| 204 PGS... | 408.00 |
| SHIPPING & HDLG... | 9.00 |
| COPY & CONDENSED ENCL. | |
| THANK YOU. | |

| | |
|---|---|
| Subtotal | 417.00 |
| Sales Tax | |
| Total Invoice Amount | $417.00 |
| Payment Received | 0.00 |
| Check No:      TOTAL DUE | $417.00 |

PRODUCT 13344    FOLD AT (-) TO FIT COMPANION 9989 DU-O-VUE ENVELOPE.          NEBS  To Reorder: 1-800-225-6380 or www.nebs.com        PRINTED IN U.S.A.       B

**SEVERIN & ASSOCIATES, INC.**
1 South View Court
BAYVILLE, NEW YORK 11709

**(516) 628-1402   FAX (516) 628-0423**
Email: SeverinAndAssoc@aol.com

INVOICE NUMBER: 10672

PAGE:   1

SOLD TO:   **HOGAN & HARTSON, LLP**
**875 THIRD AVENUE**
**NEW YORK, NY 10022**

Tax Id #11-3305792

PLEASE PUT INVOICE NUMBER ON ALL CHECKS.

| CUSTOMER ID | CUSTOMER PO | SALES REP ID |
|---|---|---|
| HOGHAR | SABRINA COCHET | DGU |
| PAYMENT TERMS | INVOICE DATE | DUE DATE |
| Net 30 Days | 12/19/08 | 1/18/09 |

| DESCRIPTION | AMOUNT |
|---|---|
| 12/11/08 ACORN vs CO. OF NASSAU, ET AL. | |
| DEP OF PETER MARCUSE | |
|   254 PGS... | 508.00 |
|   SHIPPING & HDLG... | 9.00 |
|   COPY & CONDENSED ENCL. | |
| THANK YOU. | |

*OKAY TO PAY*
*090334/9910*

| | |
|---|---|
| Subtotal | 517.00 |
| Sales Tax | |
| Total Invoice Amount | $517.00 |
| Payment Received | 0.00 |
| Check No: | |
| TOTAL DUE | $517.00 |

PRODUCT 13344    FOLD AT (>) TO FIT COMPANION 9398 DU-O-VUE ENVELOPE.    NEBS  To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.    B

**SEVERIN & ASSOCIATES, INC.**
1 South View Court
BAYVILLE, NEW YORK 11709

**(516) 628-1402   FAX (516) 628-0423**
Email: SeverinAndAssoc@aol.com

INVOICE NUMBER: 10792

PAGE: 1

SOLD TO: **HOGAN & HARTSON, LLP**
**875 THIRD AVENUE**
**NEW YORK, NY 10022**

Tax Id #11-3305792

PLEASE PUT INVOICE NUMBER ON ALL CHECKS.

| CUSTOMER ID | CUSTOMER PO | SALES REP ID |
|---|---|---|
| HOGHAR | | |

| PAYMENT TERMS | INVOICE DATE | DUE DATE |
|---|---|---|
| Net 30 Days | 3/11/09 | 4/10/09 |

| DESCRIPTION | AMOUNT |
|---|---|
| ACORN vs CO. OF NASSAU, ET AL. | |
| 3/18/08 EBT OF VICTOR DeVITA 134 PGS... | 268.00 |
| 3/19/08 EBT OF FRANCINE McCRAY  161 PGS... | 322.00 |
| 4/14/08 EBT OF WILLIS DELACOUR 62 PGS... | 124.00 |
| SHIPPING & HDLG... | 9.00 |
| COPY & CONDENSED OF 4/14/08 ENCL. | |
| EMAILS SENT OF ALL THREE ON 3/11. | |
| THANK YOU. | |

| | |
|---|---|
| Subtotal | 723.00 |
| Sales Tax | |
| Total Invoice Amount | $723.00 |
| Payment Received | 0.00 |
| Check No: TOTAL DUE | $723.00 |