# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*

556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 www.brewingtonlaw.com

**Frederick K. Brewington**  **Oscar Holt III**
**Cathryn Harris-Marchesi**  **Of Counsel**
Tricia S. Lindsay
Julisa M. Proaño

November 14, 2018

*VIA ELECTRONIC CASE FILING*
Honorable Arlene R. Lindsay
United States District Court Magistrate Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:   *MHANY Management Inc. v. County of Nassau, et al.,*
      *05-cv-2301 (ADS)(ARL)*

Dear Judge Lindsay:

As you are aware this office is co-counsel for the Plaintiffs in the above referenced matter. The issue of Plaintiffs' Fee Application is currently before Your Honor. That referral from Judge Spatt followed the trial in this matter, full post-trial proceedings, appeal, remand by the Second Circuit and final disposition of this matter by Judge Spatt as to the Garden City Defendants. The fee application referred to Your Honor on March 26, 2018 and has been fully briefed by the parties, with briefing being closed on the matter of the fees in April of 2018. We respectfully write to inquire if the Court requires anything further from Plaintiffs in order for this issue to be finalize with the Garden City Defendants.

Thank you for your consideration.

Respectfully submitted,
\S\
FREDERICK K. BREWINGTON

cc:   All Counsel (via ecf)
FKB:rw