

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

December 10, 2018

**By Electronic Case Filing (ECF)**

The Honorable Arlene R. Lindsay
United States District Court, Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

Re:    *MHANY Mgmt. Inc. et al. v. County of Nassau et al., No. 05-cv-2301 (ADS) (ARL)*

Dear Judge Lindsay:

We are in receipt of the Court's Order (ECF No. 611) (the "Order") resolving Plaintiffs' motions for attorneys' fees and costs. We appreciate the Court's thorough review of the parties' submissions. However, our initial review of the Order suggests that the Court may have made a few minor errors in its calculations and unintentionally awarded Plaintiffs slightly more in fees and costs than the Court intended. We are attaching an exhibit (Exhibit A hereto) which identifies the errors that we have identified, and explains the error with citations to the relevant pages of the motions papers and the Order. Based on our review, it appears that: (1) Plaintiffs were awarded $<u>**66.50**</u> more in fees than the Court intended; and (2) the Court inadvertently double-counted one items of costs, resulting in an award of costs that is $<u>**17,785.88**</u> more than the Court intended. As a result, to correct these errors, we believe the Court's award for fees and costs together should be reduced by a total of $<u>**17,852.38**</u>.

If the Court agrees with our observations, Plaintiffs respectfully request that the Court enter a revised order awarding Plaintiffs $<u>**5,255,098.97**</u> in fees and costs (*i.e.*, the current final award of $5,272,951.35, less the $17,852.38 figure mentioned above). We thank the Court for its consideration.

Respectfully submitted,

<u>/s/ Stanley J. Brown /</u>

Stanley J. Brown

stanley.brown@hoganlovells.com
D (212) 918-3692

cc: All counsel of record (via ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante   Amsterdam   Baltimore   Beijing   Birmingham   Boston   Brussels   Colorado Springs   Denver   Dubai   Dusseldorf   Frankfurt   Hamburg   Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Shanghai FTZ  Ulaanbaatar  Zagreb. Business Service Centers:  Johannesburg  Louisville.  For more information see www.hoganlovells.com

**Exhibit A**

| Fees | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Hours Requested** | **Hours Awarded** | **Other issues** | **Net Effect on Fee Award** |
| Mobassaleh | 220.25 (2014 Fleming Decl. at 6 - ECF No. 464) | 222.25 (Order at 23) | | $600 too high |
| Reed | 268.75 (2014 Fleming Decl. at 7 - ECF No. 464) + 197.40 (2018 Fleming Decl. at 5 - ECF No. 593) = 466.15 | 465.75 (Order at 24) | | $120 too low |
| Silverstein | | | Discrepancy in math: 53.4 hours x $325/hr = $17,355.00, not $17,225 as awarded. (Order at 28) | $130 too low |
| Brewington | 394.4 (2014 Fleming Decl. at 8 - ECF No. 464) + 89.70 (2018 Brewington Decl. at 5 - ECF No. 585) -29.87 (time spent on County) (Order at 29) = 454.23 | 453.60 (Order at 29) | | $283.50 too low |
| | | | **Fees Subtotal:** | *$66.50 too high* |

| Costs | | |
|---|---|---|
| **Cost Type** | **Issue** | **Net Effect on Cost Award** |
| Mediation fees | Court appears to have double-counted mediation fees. (Order at 52) | $11,785.88 too high |
| Research costs | Plaintiffs' initial request for $28,826.26 contained a typo; the backup only supported a request for $2**2**,826.26. (2014 Memorandum in Support of Motion at 19 - ECF No. 439; 2014 Brown Decl. at 21 - ECF. No. 440) | $6,000 too high. |
| | **Costs Subtotal:** | *$17,785.88 too high* |

| | | |
|---|---|---|
| | **Total Effect on Award:** | *$17,852.38 too high* |