

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

December 14, 2018

**By Electronic Case Filing (ECF)**

The Honorable Arlene R. Lindsay
United States District Court, Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

**Re:**   *MHANY Mgmt. Inc. et al. v. County of Nassau et al.*, No. 05-cv-2301 (ADS) (ARL)

Dear Judge Lindsay:

We write regarding the Court's Amended Order on Plaintiffs' Motion for Fees and Costs. ECF No. 614 (the "Amended Order"). We thank the Court for its continued consideration on this matter. We write regarding two issues.

*First*, we believe the Court's revised order inadvertently awarded Plaintiffs slightly more in costs than intended – specifically, $4,000 in research costs more than Plaintiffs requested appears to be included. *See* ECF No. 612, Exhibit A; Amended Order at 52 (awarding Plaintiffs $26,826.26 in "Research Costs" rather than $22,826.26). Attached as Exhibit A is a markup of the Amended Order indicating the affected areas.[1] If the Court agrees, we respectfully request that the Court issue an amended order awarding Plaintiffs the amounts in the table below:

| Total Fees | $5,089,469.07 |
|---|---|
| Total Costs | $165,639.87 |
| **Total Sum** | **$5,255,108.94** |

*Second*, we respectfully request that, upon issuance of an amended order, the Court direct the clerk to enter a money judgment in a "separate document" awarding Plaintiffs the sum certain of $5,255,108.94 (or such other final total the Court finds correct). *See* Fed. R. Civ. P. 58(d). While we recognize that an award of attorneys' fees and costs need not be set out in a "separate document" for certain purposes, *see* Fed. R. Civ. P. 58(a)(3), entry of a money judgment in a separate document will bring finality to the issue and allow Plaintiffs to enforce the Court's determination appropriately.

We thank the Court for its attention to this matter, and are available to respond to any questions the Court might have.

---

1 The attached Exhibit A includes edits on pages 1, 52, 53, and 54.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Shanghai FTZ  Ulaanbaatar  Zagreb. Business Service Centers: Johannesburg  Louisville. For more information see www.hoganlovells.com

Respectfully submitted,

/s/ Stanley J. Brown /

Stanley J. Brown
stanley.brown@hoganlovells.com
D 212-918-3692

cc:     All counsel of record (via ECF)