**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X
MHANY MANAGEMENT INC., *et al.,*

        Plaintiffs,

- against -

COUNTY OF NASSAU, *et al.,*

        Defendants.
------------------------------------------------------X

**JUDGMENT FOR**
**ATTORNEYS' FEES AND COSTS**
CV 05-2301 (ADS) (ARL)

An Amended Order of Honorable Arlene R. Lindsay, United States Magistrate Judge, having been filed on December 13, 2018; awarding the Plaintiffs attorneys' fees and costs in the amount of $5,255,108.94, to be distributed in the manner described in the December 13, 2018 Amended Order; and directing the Clerk of Court to enter judgment in the amount of $5,255,108.94, it is

**ORDERED AND ADJUDGED** that Plaintiffs are awarded attorneys' fees and cost against Defendants the Incorporated Village of Garden City and the Garden City Board of Trustees in the amount of $5,255,108.94, to be distributed in the manner described in the December 13, 2018 Amended Order.

Dated: Central Islip, New York
       December 20, 2018

                                                  DOUGLAS C. PALMER
                                                  CLERK OF THE COURT

                                                  BY:    /S/ JAMES J. TORITTO
                                                                DEPUTY CLERK