ORAL ARGUMENT REQUESTED

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MHANY MANAGEMENT INC., <br><br> Plaintiff, <br><br> -and- <br><br> NEW YORK COMMUNITES FOR CHANGE, INC., <br><br> Intervenor-Plaintiff, <br><br> -against- <br><br> INCORPORATED VILLAGE OF GARDEN CITY, GARDEN CITY BOARD OF TRUSTEES, <br><br> Defendants. | Case No. 05-cv-2301 |

## NOTICE OF MOTION TO (1) ENFORCE THE FINAL JUDGMENT IN THIS CASE; (2) COMPEL GARDEN CITY'S COMPLIANCE WITH IT; AND (3) EXTEND THE JUDGMENT'S DURATION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Chava Brandriss, dated July 16, 2020, and the exhibits annexed thereto, and the Proposed Order, Plaintiff MHANY Management Inc. and Intervenor-Plaintiff New York Community for Change will move this Court, at the United States Courthouse for the Eastern District of New York at 100 Federal Plaza, Central Islip, New York, 11722, at a date and time set by the Court, for an order (1) enforcing the Court's April 22, 2014 Final Judgment and Order, ECF No.431, as amended at a June 17, 2016, and compelling Defendants the Incorporated Village of Garden City and the Garden City Board of Trustees to comply with it in certain respects as outlined in the memorandum of law, Brandriss Declaration, and Proposed Order; and

(2) directing that the Defendants' obligations under certain sections of the Final Judgment be extended as outlined in the memorandum of law, Brandriss Declaration, and Proposed Order.

Dated: July 16, 2020

                                                Respectfully submitted,

                                                /s/ C. Brandriss

                                                Chava Brandriss
                                                DAVIS WRIGHT TREMAINE LLP
                                                1919 Pennsylvania Avenue NW, Suite 800
                                                Washington, DC 20006
                                                (202) 973-4258
                                                chavabrandriss@dwt.com

                                                Stanley J. Brown
                                                Charles K. Rathburn   (*pro hac vice pending*)
                                                HOGAN LOVELLS US LLP
                                                390 Madison Avenue
                                                New York, NY 10017
                                                (212) 918-3000
                                                stanley.brown@hoganlovells.com
                                                kolo.rathburn@hoganlovells.com

                                                Fredrick K. Brewington
                                                LAW OFFICES OF FREDRICK K. BREWINGTON
                                                556 Peninsula Boulevard
                                                Hempstead, NY 11550
                                                (516) 489-6959
                                                fred@brewingtonlaw.com

                                                Thomas Silverstein (*pro hac vice*)
                                                LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
                                                1401 New York Avenue, NW, Suite 400
                                                Washington, DC 20005
                                                (202) 662-8600
                                                tsilverstein@lawyerscommittee.org

                                                *Counsel for Plaintiffs*

To: James G. Ryan
Ariel E. Ronneburger
CULLEN AND DYKMAN LLP
Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
(516) 357-3700

*Counsel for Defendants Incorporated Village of Garden City and the Garden City Board of Trustees*